UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAROLINA HATTON and C.H.,
individually and his natural guardian

    Plaintiffs,

v.                                                              Case No: 2:12-cv-186-FtM-29SPC

CHRYSLER CANADA, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Chrysler Canada, Inc.'s Unopposed Motion to Stay Case Management Deadlines (Doc. #57) filed on December 6, 2012. Upon review of the Motion and the record in this case, the Court notes that the request to stay the deadlines contained in the Case Management and Scheduling Order (Doc. #18) is unopposed and agreed to by all parties and that there is a Motion to Remand pending in this matter which could be dispositive of this case. Therefore, the Court finds good cause to stay the deadlines.

Accordingly, it is now

**ORDERED:**

(1) Chrysler Canada, Inc.'s Unopposed Motion to Stay Case Management Deadlines (Doc. #57) is **GRANTED**. All deadlines in the case management and scheduling order, as well as disclosures and discovery are **STAYED** pending a decision regarding the outstanding dispositive motions before this Court (Docs. #38 & 40).

(2) If the dispositive motions do not dispose of this case, the Parties are directed to file a revised case management report with the Court within 7 days of the Court's ruling on the dispositive motions.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of December, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record